# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| LESTER RANSOM, | : No. 15 EAP 2015 |
| | : |
| Appellant | : Appeal from the Order of Commonwealth |
| | : Court entered on March 11, 2015 at 270 |
| | : MD 2014 |
| v. | : |
| | : |
| | : |
| | : |
| JOHN E. WETZEL, SECRETARY OF | : |
| THE DEPARTMENT OF CORRECTIONS, | : |
| | : |
| Appellee | : |
| | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2015, the Order of the Commonwealth Court is **AFFIRMED**.